NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DROPLETS, INC.,**
*Appellant*

**v.**

**JOSEPH MATAL, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, U.S. PATENT & TRADEMARK OFFICE,**
*Intervenor*

---

2016-2140

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,330.

---

**JUDGMENT**

---

DANIEL LUKE GEYSER, Stris & Maher LLP, Los Angeles, CA, argued for appellant. Also represented by TIMOTHY BECHEN, Bechen PLLC, Richmond, VA.

NATHAN K. KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA,

argued for intervenor. Also represented by THOMAS W. KRAUSE, MONICA BARNES LATEEF, PHILIP J. WARRICK.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  October 11, 2017        /s/ Peter R. Marksteiner
        Date           Peter R. Marksteiner
                      Clerk of Court